lant, v. Guil Barber, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Isidor Bloch, Respondent, v. 128 East Sixtieth Street Company, Appellant. — Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Prudential Collateral Company, Inc., Respondent, v. Louis Eiseman and Jean M. Stiles, Copartners, etc., Appellants.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Trinity Danish Young People's Society, Inc., Respondent, v. Aage Hansen and Others, Appellants, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of Frank J. Tyler, Acting as Trustee, etc., of Benjamin Hawker, Deceased.— Decree affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Martin Silverstein, an Infant, by Charles Silverstein, His Guardian ad Litem, Appellant, v. Nathan Molk and Another, Respondents.— Order affirmed, with costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Draco Realty Corporation, Appellant, v. Hokan B. Steffanson, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Gaston & Company, Inc., Respondent, v. Alfred Storch, Appellant, Impleaded with Another.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Mary A. Cronin v. The City of New York.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure appellant's points to be filed on or before December 1, 1930, with notice of argument for December 16, 1930. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

In the Matter of the Application of Robert Geddes to Confirm an Award in Arbitration Made in the Arbitration Proceedings between Robert Geddes and Guy Bolton under an Agreement to Submit to Arbitration.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the proposed record on appeal to be served on or before December 10, 1930, and thereafter diligently prosecute the appeal. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

Thomas E. Shea, as Trustee in Bankruptcy of the Estate of Irving Spitzer & Company, Inc., v. Riverview Canning Company, a Foreign Corporation.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure appellant's points to be filed on or before December 4, 1930, with notice of argument for December 18, 1930. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

Thomas E. Shea, as Trustee in Bankruptcy of the Estate of Irving Spitzer & Company, Inc., v. Falls Canning Company, Inc.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure appellant's points to be filed on or before December 4, 1930, with notice of argument for December 18, 1930. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.